Schmitz, Respondent, vs. Pierron, Appellant: Krier and another, Defendants.

For the appellant: *Denis J. Regan* of Milwaukee.

For the respondent: *Albert W. Grady* of Port Washington, attorney, and *Harry V. Meissner* of Milwaukee of counsel.

For the defendants Krier and Krier Preserving Company: *William F. Schanen,* attorney, and *Victor Linley* of counsel, both of Port Washington.

*By the Court.*—Judgment affirmed.

Frayer and another, Appellants, vs. Industrial Commission and another, Respondents.

For the appellants: *Quarles, Spence & Quarles,* attorneys, and *Arthur B. Doe* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.

St. John's Evangelical Lutheran Congregation of the Town of Milwaukee, Respondent, vs. Koehn, Appellant.

For the appellant: *W. J. Kershaw* of Milwaukee.

For the respondent: *Ernst von Briesen* of Milwaukee.

*By the Court.*—Judgment affirmed.